IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In the Bankruptcy Matter of: | Case No. 09-41648 |
| | Judge Donald R. Cassling |
| Paul A. Rzewuski | Chapter: 13 |
| Shelley A. Rzewuski | |
| Debtor | |

## RESPONSE TO THE TRUSTEE NOTICE OF FINAL CURE PAYMENT

      NOW COMES, The Bank of New York Mellon Trust Company, N.A., as Trustee for GMACM Home Equity Loan Trust 2006-HE5 (hereinafter "Movant") in response to the Chapter 13 Trustee's December 19, 2014 Notice of Payment of Final Mortgage Cure Under Rule 3002.1(f), state as follows:

1. Movant hereby agrees that all prepetition arrears have been fully paid by the Trustee and gives notice that as of December 19, 2014, any prepetition arrears have been cured.

2. Movant hereby gives notes that the Debtors are not current on monthly post petition mortgage payments and as of January 8, 2015, the Debtors were in default as shown in Exhibit "A" which is attached hereto.

                                                  /s/ Rocio Herrera
                                                  Rocio Herrera, IL ARDC #6303516

Rocio Herrera
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Paul A. Rzewuski
Shelley A. Rzewuski
     Debtors

Bankruptcy No. 09-41648
Judge Donald R. Cassling
Chapter: 13

### CERTIFICATE OF MAILING

TO: Paul A. Rzewuski, 21W281 Briarcliff Road, Lombard, IL 60148
   Shelley A. Rzewuski, 21W281 Briarcliff Road, Lombard, IL 60148
   Glenn B. Stearns, 801 Warrenville Road, Suite 650, Lisle, IL 60532
   Kathleen Vaught, 600 W. Roosevelt Ste B1, Wheaton, IL 60187
   Patrick S. Layng, Office of the U.S. Trustee, Region 11, 219 S. Dearborn St., Room 873, Chicago, IL 60604

I, Rocio Herrera, an attorney, certify that I caused to be mailed copies of this response to the trustee notice of final cure payment to the Debtors on January 8, 2015, postage prepaid by depositing the same in the U.S. Mail at 230 W. Monroe St., Chicago, IL 60606. The remaining parties were served by this Court's CM/ECF electronic noticing system.

              /s/ Rocio Herrera
              Rocio Herrera, IL ARDC #6303516

Rocio Herrera
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE